**Stanford University**

DAVID J. PRICE
Ph.D. Candidate
Department of Economics

August 5, 2014

Chief Judge Barbara J. Houser
U.S. Bankruptcy Court, Northern District of Texas
Earle Cabell Federal Building
1100 Commerce St., Rm. 1254
Dallas, TX 75242-1496

Dear Chief Judge Barbara J. Houser,

I am writing to request an exemption from fees charged by the Public Access to Court Electronic Records (PACER) service in connection with cases heard in your Court.

I am a Ph.D. Candidate in Economics at Stanford University, and am therefore eligible for an exemption as an individual researcher associated with an educational institution. I am working with other researchers to understand the effect of Chapter 11 business bankruptcy filings on layoffs and subsequent employment outcomes for individuals who worked at bankrupt firms. I intend to publish the results of this scholarly research in an academic journal in order to promote public access to information about the effects of bankruptcy.

To complete this research, I will use electronic bankruptcy records to identify businesses that have filed for bankruptcy, and to determine key dates, associated cases, and important decisions made in connection with each bankruptcy. Over the past few years, there have been approximately 300 filings per year in your Court under Chapter 11, and approximately 10,000 filings per year in all courts. I will analyze data on about 10 years of bankruptcy filings. I will likely need dozens of pages per case, but even 10 documents per case would cost approximately $3,000 for cases in your court, and $100,000 overall. This cost is well beyond my research budget as a graduate student, and therefore represents an unreasonable burden.

I expect this research to take approximately one year to complete. I therefore request an exemption period of one year. If this exemption is accepted, please apply the fee exemption to PACER account dp5548.

Data obtained as a result of this exemption will only be used for the above stated purpose. I agree not to sell the data for profit, nor to transfer any data obtained.

Sincerely,

*David J Price*

David J. Price
Ph.D. Candidate
Department of Economics, Stanford University
579 Serra Mall, Stanford, CA 94305
djprice@stanford.edu
703-508-7688