

**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**TAWANA C. MARSHALL, CLERK**
**THE DATE OF ENTRY IS**
**ON THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 17, 2014**

**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NOTHERN DISTRICT OF TEXAS

| | § | |
|---|---|---|
| STANFORD UNIVERSITY | § | MISC. PROCEEDING NO. |
| LIMITED PACER USER FEE WAIVER | § | 14-305 |
| | § | |

### ORDER GRANTING LIMITED PACER USER FEE WAIVER

On August 14, 2014, David J. Prince, a Ph.D. Candidate in the Department of Economics at Stanford University, requested that the court grant a PACER fee waiver from August 14, 2014, through August 31, 2015. This access is for Mr. Price to conduct bankruptcy research to understand the effect of chapter 11 business bankruptcy filings on layoffs and subsequent employment outcomes for individuals who worked at bankrupt firms. Mr. Price has cannot gather this data from public data sources and does not have the funds available to use other commercial on-line resources. Mr. Price has agreed not to sell, transfer, redistribute, or use for commercial purposes, the data obtained through PACER. Only summary statistics of the data will be released to the public in the form of

scholarly research published in academic journals. For these reasons, Mr. Price believes cause exists for granting an exemption from the assessment of fees associated with accessing PACER.

The Judicial Conference of the United States has imposed a user fee for PACER access in accordance with the Electronic Public Access Fee Schedule, 28 U.S.C. § 1913. The Judicial Conference also provides that the Court "upon a showing of cause may exempt persons or classes of persons from [the] fees, in order to avoid unreasonable burdens and to promote public access to information."

**IT IS HEREBY ORDERED** that David J. Price, a Ph.D. Candidate in the Department of Economics at Stanford University, shall be exempt from PACER fees for the period of August 14, 2014, through August 31, 2015.

### End of Order ###